MARY F. WILLIAMS et al., Respondents, *v.* JOSEPH WALKER et al., Appellants.

(Argued June 26, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1887, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*John R. Dos Passos* for appellants.

*Thomas Jackson* for respondents.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.